# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

MICHAEL SCOTT PIETILA,

                Plaintiff,

v.

JEREMY WESTRA, GRANT ROPER,
BRIAN SCHMIDT, ANN YORK,
JACOB ARONSON, and MICHAEL
CLARK,

                Defendants.

Case No. 17-CV-1587-JPS

**ORDER**

On March 20, 2018, Plaintiff filed a motion for default judgment, asserting that Defendants had not filed an answer to his Complaint within twenty-one days. (Docket #15). As provided in the Court's February 26, 2018 screening order, Defendants have sixty days from the date they received electronic notice of that order to respond to the Complaint. (Docket #10 at 11). Assuming Defendants received such notice that same day, they would still have until April 27, 2018 to file a responsive pleading. Plaintiff's motion is therefore premature and must be denied.

Accordingly,

**IT IS ORDERED** that Plaintiff's motion for default judgment (Docket #15) be and the same is hereby **DENIED**.

Dated at Milwaukee, Wisconsin, this 21st day of March, 2018.

BY THE COURT:

J. P. Stadtmueller
U.S. District Judge